IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PREMIER PAYMENTS ONLINE, INC. | : | CIVIL ACTION |
| v. | : | |
| PAYMENT SYSTEMS WORLDWIDE, et al. | : | NO. 11-3429 |

## ORDER RE: PLAINTIFF'S MOTION TO STAY AND DEFENDANTS' MOTION TO DISMISS

AND NOW, on this    18th    day of August, 2011, upon careful consideration of Defendant Payment Systems Worldwide and Defendant Centerline LLC's Motion to Dismiss Plaintiff's Complaint for lack of jurisdiction and failure to state a claim (ECF No. 7), Plaintiff Premier Payments Online, Inc.'s Motion to Stay the "Second-filed" California Action (ECF No. 13), and the responses thereto, and following oral argument held on August 12, 2011, and for the reasons in the accompanying Memorandum of Law, it is hereby ORDERED as follows:

1. Plaintiff's Motion to Stay the "Second-filed" California Action (ECF No. 13) is DENIED as moot.

2. Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No.7) is DENIED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-3429 PPO v PSW\MTD and Mot Stay Order.wpd