IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PREMIER PAYMENTS ONLINE, INC. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| PAYMENT SYSTEMS WORLDWIDE, | : | NO. 11-3429 |
| CENTERLINE INTERNATIONAL, LLC, | : | |
| AMTRAK INTERNATIONAL, S.A., and | : | |
| PATRIARC HOLDINGS, INC. | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| PAYMENT SYSTEMS WORLDWIDE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| PREMIER PAYMENTS ONLINE, INC. | : | NO. 11-5272 |
| | : | |
| Defendant. | : | |

**ORDER RE: PREMIER PAYMENT ONLINE, INC.'S
<u>MOTION TO DISMISS AND FOR A MORE DEFINITE STATEMENT</u>**

AND NOW, on this 27th day of January, 2012, upon careful consideration of Premier Payment Online Inc.'s ("PPO") Motion to Dismiss the California Complaint and Certain Counts of the Pennsylvania Counterclaim and for a More Definite Statement, pursuant to Rules 12(b)(6) and 12(e) of the Federal Rules of Civil Procedure (No. 11-CV-3429, ECF No. 31; No. 11-CV-5272, ECF No. 7), and the parties' briefing, and following oral argument held on August 12, 2011, and for the reasons in the accompanying Memorandum of Law, it is hereby ORDERED as follows:

    1.    PPO's Motion to Dismiss the California Complaint and Certain Counts of the

Pennsylvania Counterclaim and for a More Definite Statement is DENIED.

    2.    The Clerk of Court shall close Civil Action No. 11-5272.

    3.    Payment Systems Worldwide ("PSW") and Centerline International, LLC ("Centerline") may file an amended counterclaim in Civil Action No. 11-3429, consistent with the attached Memorandum of Law, to add the claim for willful failure to pay commissions under the California Independent Wholesale Sales Representatives Contractual Relations Act, Cal. Civ. Code § 1738.15, which was asserted in the complaint in Civil Action No. 11-5272.

    BY THE COURT:

    s/Michael M. Baylson

    _____
    Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-3429 PPO v PSW\Order re MTD Cal Compl.wpd